

MICHAEL P. LOWRY
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KEVIN A. BROWN
Nevada Bar No. 7621
E-mail: Kevin.Brown@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Steven Hipwood; Tom Gullickson, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Steven Hipwood; Tom Gullickson, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> Lucio Navarrete-Pureco, <br><br> Defendant. | Case No.: 2:25-cv-00609-GMN-EJY <br><br> **Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| ARNTZ ASSOCIATES <br><br> BY: */s/ E. Breen Arntz* <br> E. BREEN ARNTZ <br> Nevada Bar No. 3853 <br> Attorneys for Lucio Navarrete-Pureco and Maria Aurelia Desantiago | WILSON ELSER <br><br> BY: */s/ Michael Lowry* <br> MICHAEL P. LOWRY <br> Nevada Bar No. 10666 <br> KEVIN A. BROWN <br> Nevada Bar No. 7621 <br> Attorneys for Steven Hipwood and Tom Gullickson, Inc. |

**IT IS SO ORDERED.** The Clerk of Court is kindly directed to close this case.

Dated this __18__ day of September, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATED DISTRICT COURT

319209650v.1